UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BETTY D. GLANTON, <br><br> Plaintiff, <br><br> v. <br><br> WHOLE FOODS MARKET GROUP, INC., <br><br> Defendant. | CIVIL ACTION NO.: 1:16-CV-10928 |

### THE PLAINTIFF'S MOTION TO REMAND TO STATE SUPERIOR COURT PURSUANT TO 28 U.S.C. SECTION 1447(c)

The Plaintiff Betty D. Glanton, moves that this action be remanded to the Trial Court of the Commonwealth of Massachusetts. As grounds for her Motion, Glanton relies on her Memorandum of Law in Support of her Motion to Remand, filed herewith, and specifically states the following:

1. Plaintiff originally commenced this action against the Defendant, Whole Foods Market Group, Inc. in the Middlesex County Superior Court.

2. Ms. Glanton, a retired elderly lady, is not seeking lost wages or loss of earning capacity.

3. The Plaintiff expects that her ultimate judgment in this case will be below the $75,000.00 jurisdictional requirement. The Plaintiff questions whether this Court has jurisdiction over this action under the circumstances.

4. The Defendant has not articulated a sufficiently "objective reasonable basis" for its removal of this action from the Massachusetts State Court. This is a "garden variety" slip and fall tort negligence case.

**WHEREFORE**, the Plaintiff, Betty D. Glanton, moves that this action be remanded to the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, and requests such other relief as is just.

*Motion denied. /s/ NMGorton, USDJ 8/10/16*