UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY D. GLANTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-10928-NMG |
| ) | |
| WHOLE FOODS MARKET GROUP, ) | |
| INC., ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO DISMISS
COUNT II OF THE PLAINTIFF'S COMPLAINT**

NOW COMES defendant Whole Foods Market Group, Inc. (the "Defendant"), and, pursuant to Fed.R.Civ.P. 12(b)(6), hereby moves this Court to dismiss Count II of the Complaint and Jury Demand ("Complaint") of plaintiff Betty D. Glanton (the "Plaintiff").

As grounds for this Motion, and as set forth more fully in the accompanying Memorandum of Law, the Defendant states the following:

1. This is a personal injury action in which the Plaintiff alleges she was injured in a slip and fall at the Defendant's store.

2. Count II of the Complaint asserts that Whole Foods has violated the State Building Code and State Sanitary Code.

3. It is well-established that a defendant's alleged violation of Massachusetts safety statutes and ordinances does not in itself give rise to an independent cause of action. *Dolan v. Suffolk Franklin Sav. Bank*, 355 Mass. 665, 667 (1969); *Liu v. Target Corp.*, 2016 U.S. Dist. LEXIS 28756 (D. Mass. 2016).

4. As such, as a matter of law Count II of the Complaint fails to state a claim upon which relief can be granted.

*Motion allowed; Count II is dismissed.*

*NMGorton, USDJ 8/10/16*